ACCEPTED
06-15-00010-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/10/2015 11:45:24 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-15-00010-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/10/2015 11:45:24 AM

DEBBIE AUTREY
Clerk

_____

LARRY JOE McNEAL, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE COUNTY COURT OF LAMAR COUNTY;
TRIAL COURT NO. 61963;
HONORABLE M.C. SUPERVILLE, JUDGE

_____

# APPELLEE'S (STATE'S) SECOND MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas   75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-15-00010-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA
_____

LARRY JOE McNEAL, Appellant

V.

THE STATE OF TEXAS, Appellee
_____

ON APPEAL FROM THE COUNTY COURT OF LAMAR COUNTY;
TRIAL COURT NO. 61963;
HONORABLE M.C. SUPERVILLE, JUDGE
_____

# APPELLEE'S (STATE'S) SECOND MOTION TO EXTEND TIME FOR FILING BRIEF
_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Second Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of

Appellate Procedure for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On June 17, 2015, Larry Joe McNeal (McNeal), the appellant, filed his brief in the above-styled and numbered cause. On July 17th, the State filed a motion to extend time to file its brief, which this Court granted on July 21, 2015.

The State's brief is currently due on or before August 7, 2015.

This motion to extend time seeks an additional three (3) days for the State to file its brief.

## II.

This is an appeal from the County Court of Lamar County, Texas. In that Court, the cause number was 61963.

## III.

On or about January 16, 2015, the appellant filed his notice of appeal in this Court. The district clerk filed the Clerk's Record on or about February 27, 2015. The official court reporter filed the Reporter's Record on or about April 13, 2015.

The appellant, McNeal, filed his brief on June 17, 2015.

IV.

The present deadline for filing the appellant's (State's) brief was Friday, August 7, 2015. On or about July 23rd, Pam Bull, the chief deputy with the Lamar County and District Attorney's Office called this Court and advised that she would be on vacation, but would return on Monday, August 10, 2015.

Due to these circumstances, counsel for the appellee (State) was unable to timely e-file its completed brief on Friday, August 7, 2015. But, the State will be filing its completed brief on Monday, August 10th and respectfully requests this Court to grant a three-day reasonable extension of time.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee requests that an extension of time until Monday, August 10, 2015 be granted for the filing of Appellee's Brief.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Second Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional three (3) days in which to file its brief on Monday, August 10, 2015; and for such other and further

relief, at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas   75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
    Gary D. Young, County Attorney
    SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS          §
                        §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause.  I have read the foregoing Second Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

SUBSCRIBED AND SWORN TO BEFORE ME on the 10th day of August, 2015, to certify which witness my hand and official seal.



_____
Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Second Motion to Extend Time for Filing Brief has been served on the 10[th] day of August, 2015 upon the following:

Don Biard
McLaughlin, Hutchison & Biard
38 First Northwest
Paris, TX   75460

_____
GARY D. YOUNG
gyoung@co.lamar.tx.us